UNITED STATES of America,
Plaintiff–Appellee

v.

Xavier Omar MARTINEZ LAYTON, also known as Omar Xavier Martinez, also known as Xavier O. Martinez, also known as Xavier Omar Martinez–Layton, also known as Xavier Omar Martinez, Defendant–Appellant.

No. 09–20629
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Xavier Omar Martinez Layton, Conroe, TX, pro se.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Xavier Omar Martinez Layton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez Layton has filed a response. Our independent review of the record, counsel's brief, and Martinez Layton's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.